```
1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>ROBERT L. KING,<br><br>           Defendant | No. CV A 10-2449<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Robert L. King, in the principal amount of $2,676.99 plus interest accrued to March 18, 2010, in the sum of $3,606.89; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$6,283.88**.

DATED: 4/12/2010           By: _TERRY NAFISI_
                                Clerk of the Court


                                L. RAYFORD
                                _____
                                Deputy Clerk
                                United States District Court

Page 5